FILED: January 25, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4050
(2:15-cr-00160-AWA-RJK-1)

_____

ARTHUR DEMERILL SANTIFUL

      Defendant - Appellant

v.

UNITED STATES OF AMERICA

      Plaintiff - Appellee

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
|---|---|
| Originating Case Number | 2:15-cr-00160-AWA-RJK-1 |
| Date notice of appeal filed in originating court: | 01/20/2017 |
| Appellant (s) | Arthur Demerill Santiful |
| Appellate Case Number | 17-4050 |
| Case Manager | Cathi Bennett<br>804-916-2702 |