FILED: April 10, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4050
(2:15-cr-00160-AWA-RJK-1)
_____

ARTHUR DEMERILL SANTIFUL

　　Defendant - Appellant

v.

UNITED STATES OF AMERICA

　　Plaintiff - Appellee

_____

O R D E R
_____

Appellant has filed an unopposed motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 1,250 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk