FILED: July 21, 2017

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————————

No. 17-4050
(2:15-cr-00160-AWA-RJK-1)

———————————————

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

ARTHUR DEMERILL SANTIFUL

        Defendant - Appellant

———————————————

## J U D G M E N T

———————————————

      In accordance with the decision of this court, the judgment of the district

court is affirmed.

      This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

                  /s/ PATRICIA S. CONNOR, CLERK