FILED: October 10, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4050
(2:15-cr-00160-AWA-RJK-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ARTHUR DEMERILL SANTIFUL

      Defendant - Appellant

_____

O R D E R
_____

The court grants the motion to relieve Melinda R. Glaubke as counsel for the appellant from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk